CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
Social Security Administration | Law & Policy
CHRISTOPHER VIEIRA (CABN 273781)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4808
Email: christopher.vieira@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| TERRY SUN CHOW, | CIVIL NO. 3:25-cv-08019-JCS |
| Plaintiff, | STIPULATION AND [PROPOSED] |
| vs. | ORDER FOR AN EXTENSION OF TIME |
| COMMISSIONER OF SOCIAL SECURITY, |  |
| Defendant. |  |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security shall have a 30-day extension of time, from February 4, 2026, to March 6, 2026, for the Commissioner to respond to Plaintiff's Motion for Summary Judgment (Dkt. No. 14). This is the Commissioner's first request for an extension of time. Good cause exists for this extension. The parties are currently engaging in settlement discussions which may resolve this matter. If those discussions are not successful, the Commissioner will need additional time to prepare his responsive brief.

1

Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings. Plaintiff does not oppose the Commissioner's request for an extension of time. The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

Respectfully submitted,

DATED: February 4, 2026                    COVINGTON & BURLING LLP

By: s/ Amy S. Heath[1]
AMY S. HEATH
NATHAN SHAFROTH
JESS I. GONZALEZ VALENZUELA
(as authorized by email)
Attorneys for Plaintiff

DATED: February 4, 2026                    CRAIG H. MISSAKIAN
United States Attorney

By: s/ Christopher Vieira
CHRISTOPHER VIEIRA
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
Attorneys for Defendant

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATE: February 5, 2026

HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

[1] In accordance with Civil Local Rule 5-1(i)(3), I, Christopher Vieira, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

2