CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
Social Security Administration | Law & Policy
CHRISTOPHER VIEIRA (CABN 273781)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4808
Email: christopher.vieira@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRY SUN CHOW, | CIVIL NO. 3:25-cv-08019-JCS |
| Plaintiff, | STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

1

Respectfully submitted,

DATED: February 5, 2026          COVINGTON & BURLING LLP

By: s/ Amy S. Heath[1]
AMY S. HEATH
NATHAN SHAFROTH
JESS I. GONZALEZ VALENZUELA
(as authorized by email)
Attorneys for Plaintiff

DATED: February 5, 2026          CRAIG H. MISSAKIAN
United States Attorney

By: s/ Christopher Vieira
CHRISTOPHER VIEIRA
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
Attorneys for Defendant

IT IS SO ORDERED:

DATE: February 6, 2026

HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

---

[1] In accordance with Civil Local Rule 5-1(i)(3), I, Christopher Vieira, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

2