UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY SUN CHOW,

        Plaintiff.

     v.

SSA COMMISSIONER, et al.,

        Defendants.

Case No.  25-cv-08019-JCS

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 18

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of TERRY SUN CHOW and against SSA COMMISSIONER.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 2/6/2026

Mark B. Busby, Clerk of Court

Aris Garcia
Deputy Clerk