UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY SUN CHOW,

Plaintiff,

v.

SSA COMMISSIONER, et al.,

Defendants.

Case No.  25-cv-08019-JCS

**ORDER TO SHOW CAUSE WHY EAJA STIPULATION SHOULD NOT BE DENIED**

Pursuant to a stipulation of the parties, this social security disability case was remanded to the Commissioner for further proceedings under Sentence Four of 42 U.S.C. § 405(g) and judgment was entered in favor of Plaintiff.  Dkt. no. 19. Presently before the Court is the parties' stipulation pursuant to the Equal Access to Justic Act ("EAJA"), 28 U.S.C. § 2412(d), to award Plaintiff's counsel $10,000 in attorneys' fees.   Dkt. no. 26 ("Stipulation").

Under the EAJA, "a court shall award to a prevailing party other than the United States fees and other expenses, in addition to any costs awarded pursuant to subsection (a), incurred by that party in any civil action (other than cases sounding in tort), including proceedings for judicial review of agency action, brought by or against the United States in any court having jurisdiction of that action, unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust."  28 U.S.C.A. § 2412(d)(1)(A). The term "'fees and other expenses' includes . . . *reasonable* attorney fees . . . ." 28 U.S.C.A. § 2412(d)(2)(A) (emphasis added).

While the parties have stipulated to the amount of the EAJA award, the Court has an independent obligation to ensure that EAJA fees are reasonable in light of the work performed by counsel in this case.  Because there was no motion practice in the case, Plaintiff's counsel is

ORDERED TO SHOW CAUSE why the amount of the fees requested for work in this case is reasonable by providing a declaration or other evidence itemizing the time spent on the case and hourly the rate(s) charged by counsel and establishing that both are reasonable.  In addition, Plaintiff's counsel shall serve a copy of this Order, as well as the Stipulation, on the plaintiff and file a proof of service to that effect.   Plaintiff's response to this Order to Show Cause shall be filed by **June 17, 2026.**

**IT IS SO ORDERED.**

Dated:  May 21, 2026

JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
Northern District of California

2